**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: October 05, 2009**



J. Vincent Aug, Jr.
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 08-12426 |
| MICHAEL D. GLANCY<br>CHRISTY D. GLANCY | CHAPTER 13 |
| DEBTORS | JUDGE J. VINCENT AUG, JR. |
| | **ENTRY GRANTING RELIEF UPON AFFIDAVIT OF DEFAULT**<br>(Real Property located at 206 Hatherly Drive, Hamilton, OH 45013) |

-----------------------------------------------------------------------------------------------------------------------

This cause came to be heard upon the Affidavit submitted by the Movant, U.S. Bank, N.A., pursuant to the Agreed Order for Relief from Stay filed June 22, 2009, upon Movant's Motion for Relief from Stay and agreements contained in said Agreed Order. The Court finds the Affidavit establishes that the Debtor has failed to make payments as stated in said Agreed Order filed on June 22, 2009 and therefore Movant is entitled to relief.

IT IS THEREFORE ORDERED, that the stay of execution imposed in the Court's Agreed Order shall be and is hereby lifted and the Movant is authorized to proceed with its foreclosure under its mortgage and appropriate state statutes.

**SUBMITTED BY:**

LAURITO & LAURITO LLC

/s/ Erin M. Laurito
_____
Jeffrey V Laurito (0014652)
Erin M. Laurito (0075531)
35 Commercial Way
Springboro, Ohio 45066
Phone 937-743-4878
Fax 937-743-4877
Attorneys for Movant

# CERTIFICATE OF MAILING

Michael D. Glancy, debtor
206 Hatherly Drive
Hamilton, OH 45013
(served via US Mail)

Christy D. Glancy, debtor
206 Hatherly Drive
Hamilton, OH 45013
(served via US Mail)

Harry B. Zornow
Attorney for Debtor
860 NW Washington Blvd.
Eden Roc Ste J
Hamilton, OH 45013
(served via ECF Noticing)

Margaret A. Burks, Trustee
600 Vine Street
Suite 2200
Cincinnati, OH 45202
(served via ECF Noticing)

Office of the U.S. Trustee
36 East Seventh Street #2050
Cincinnati, OH 45202
(served via ECF Noticing)

Erin M. Laurito
Jeffrey V. Laurito
Attorneys for Movant
35 Commercial Way
Springboro, OH 45066
(served via ECF Noticing)

# # #